# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, S.A. DOMINGUEZ**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**LYNDON P. ONG**
**LOGISTICS SPECIALIST SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201300484**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 19 September 2013.
**Military Judge:** CAPT B.L. Payton-O'Brien, JAGC, USN.
**Convening Authority:** Commanding Officer, Helicopter Sea Combat Squadron EIGHT FIVE, Naval Air Station North Island, San Diego, CA.
**For Appellant:** CAPT Bree A. Ermentrout, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**30 April 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court